UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA DEWDNEY,

    Plaintiff,

v.                                                  Case No. 8:07-cv-567-T-24 TBM

ECKERD CORPORATION,
a foreign corporation,

    Defendant.
_____/

## **ORDER**

This case is set for an evidentiary hearing on Thursday, June 5, 2008, at 8:30 a.m. before the Honorable Susan C. Bucklew in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida 33602.[1] At the evidentiary hearing, the Court will address Defendant's Motion for Involuntary Dismissal with Prejudice Based on Plaintiff's Fraud on the Court. (Doc. No. 19.) Plaintiff, who is now proceeding in this matter *pro se*, is advised that she should be prepared to present any evidence (witness testimony, documentation, etc.) in support of her response to Defendant's motion at the evidentiary hearing. If Plaintiff fails to appear at the evidentiary hearing, the Court will dismiss this case for lack of prosecution without further notice.

---

[1] The pretrial conference in this case is currently scheduled to be held on June 5, 2008. However, because the Court reserves ruling on Defendant's motion pending the outcome of the evidentiary hearing, and because the Court prefers ruling on dispositive motions prior to pretrial conferences, the Court will reschedule the pretrial conference and trial in the instant case at the close of the evidentiary hearing, if necessary.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of May, 2008.

Copies to:
Counsel of Record

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge