UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA DEWDNEY,

    Plaintiff,

v.                                                  Case No.  8:07-cv-567-T-24 TBM

ECKERD CORPORATION,
a foreign corporation,

    Defendant.
_____/

## ORDER

This cause comes before the Court on its own.  Plaintiff Barbara Dewdney mailed this Court various documents, apparently in an effort to clarify some of her statements at the evidentiary hearing, which was held on June 5, 2008.  The Court notes, however, that it has already ruled on Defendant's Motion for Involuntary Dismissal with Prejudice that was the subject of the evidentiary hearing, and so no further response from Plaintiff is necessary.  Further, the Court does not accept correspondence from the parties.  All communications with the Court should be in the form of pleadings, motions, or other documents *filed* with the Court.  As such, the Clerk is directed to return the letter and other documents to Plaintiff with a copy of this order.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Plaintiff