UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA DEWDNEY,

    Plaintiff,

v.                                              Case No.  8:07-cv-567-T-24 TBM

ECKERD CORPORATION,
a foreign corporation,

    Defendant.
_____/

## ORDER

    This cause comes before the Court on its own.  This case is currently set for a pretrial conference on June 26, 2008.  On June 6, 2008, the Court referred this case to a settlement conference with United States Magistrate Judge Mary S. Scriven.  (Doc. No. 28.)  On June 9, 2008, Magistrate Judge Scriven scheduled this case for a settlement conference on June 27, 2008.  (Doc. No. 29.)  The Court prefers that the parties attempt to achieve an equitable settlement of the issues before holding a pretrial conference, and so the pretrial conference is hereby rescheduled to Tuesday, July 1, 2008 at 9:30 a.m.

    **DONE AND ORDERED** at Tampa, Florida, this 13th day of June, 2008.

Copies to:
Counsel of Record
*Pro Se* Plaintiff

SUSAN C. BUCKLEW
United States District Judge